UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
NERSA KERCADO c/o Joseph L. Thomas,

        Plaintiff,

   -against-

COMISSIONER OF SOCIAL SECURITY,

        Defendant.
------------------------------------X

08 Civ. 478 (WHP) (GWG)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/19/08

    The above entitled action is referred to the Clerk of the Court for assignment to a Magistrate Judge. The purpose(s) for reference is/are the following:

____ General Pretrial (including scheduling, discovery, non-dispositive pretrial motions, and settlement

____ Specific Non-Dispositive Motion/Dispute:*
_____
_____

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

____ Settlement*

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. §636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

Purpose:_____

____ Habeas Corpus

_x_ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: ____

==============================================================

* Do not check if already referred for general pretrial.

DATED:  February 14, 2008
          New York, New York

SO ORDERED:

WILLIAM H. PAULEY III
U.S.D.J.

*Copy mailed to:*

The Honorable Gabriel W. Gorenstein
United States Magistrate Judge

Nersa Kercado
230 Yonkers Ave.
Yonkers, NY 10701
*Plaintiff Pro Se*