

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

RECEIVED APR 29 2008

MEMO ENDORSED

*86 Chambers Street*
*New York, New York 10007*

April 28, 2008



FILED: 5/5/08

BY HAND

Honorable William H. Pauley, III
United States District Judge
United States Courthouse
500 Pearl Street, Room 2210
New York, New York 10007-1312

    Re:  Nersa Kercado o/b/o Joseph L. Thomas  v. Astrue
         08 Civ. 0478  (WHP)

Dear Judge Pauley:

    This Office represents the Commissioner of Social Security, defendant in this action. I write respectfully to request an extension of defendant's time to file an answer or move with respect to the complaint.

    The answer is due today, April 28, 2008. This case was recently assigned to me, and because I have not yet completed my review of the administrative record, I respectfully request that the time in which to answer or move with respect to the complaint be extended by sixty days, to June 27, 2008. This is the Government's first request for an extension. Plaintiff has kindly consented to this request.

    Thank you for your consideration of this matter.

                    Respectfully,

                    MICHAEL J. GARCIA
                    United States Attorney

              By:   Susan C. Branagan
                    SUSAN C. BRANAGAN
                    Assistant United States Attorney
                    Telephone: (212) 637-2804
                    Fax: (212) 637-2750

cc: Nersa Kercado, Pro Se

Granted.
SO ORDERED: DATE: 5/5/2008
GABRIEL W. GORENSTEIN
UNITED STATES MAGISTRATE JUDGE