USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x

NERSA KERCADO,                                  :

             Plaintiff,                       :        **SCHEDULING ORDER**

       -against-                                :
                                                                         08 Civ. 478 (WHP)(GWG)
COMMISSIONER OF SOCIAL SECURITY,     :
           Defendant.
---------------------------------------------------------------x

GABRIEL W. GORENSTEIN, United States Magistrate Judge

     A complaint and answer having been filed in this matter, IT IS HEREBY ORDERED that:

     1.   On or before August 4, 2008, defendant shall serve and file a motion for judgment on the pleadings.

     2.   On or before September 3, 2008, plaintiff shall serve and file a memorandum of law in opposition.

     3.   On or before September 17, 2008, defendant may serve and file a memorandum of law in reply.

     4.   Should plaintiff fail to oppose defendant's motion, this Court will decide the motion based solely on the defendant's submission.

     SO ORDERED.

Dated: New York, New York
          July 3, 2008

                                                          GABRIEL W. GORENSTEIN
                                                          United States Magistrate Judge

Copies mailed to:

Nersa Kercado
230 Yonkers Avenue
Yonkers, NY 10701

Susan C. Branagan
Assistant United States Attorney
86 Chambers Street
New York, NY 10007